Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 9464

**Property address:** 2516 Circle Dr
Number    Street

Bessemer        AL        35023
City            State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 8/1/20 - 10/1/20: 3 @ $654.88       (a) $ 1,964.64

b. Total fees, charges, expenses, escrow, and costs outstanding:                + (b) $ 0.00

c. **Total.** Add lines a and b.                                                  (c) $ 1,964.64

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 08/01/2020 MM/DD/YYYY

Funds in suspense: ($549.73)
Total due: $1,414.91

| Debtor 1 | Damon A King | | | Case number (if known) 15-04981-TOM13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗** /s/ Mark Baker
Signature

Date 10 / 1 / 2020

Print: Mark Baker
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: McMichael Taylor Gray, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 3550 Engineering Drive, Suite 260
Number   Street

Peachtree Corners, GA 30092
City   State   ZIP Code

Contact phone (404) 474-7149

Email: mbaker@mtglaw.com




| | | Payment Changes | | | |
|---|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed | |
| 1/1/2016 | $324.67 | $399.79 | $724.46 | Filed w/ POC | |
| 5/1/2016 | $324.67 | $387.21 | $711.88 | NOPC | |
| 9/1/2016 | $324.67 | $398.85 | $723.52 | NOPC | |
| 6/1/2017 | $324.67 | $283.79 | $608.46 | NOPC | |
| 12/1/2019 | $324.67 | $330.21 | $654.88 | NOPC | |

**Loan Information**

| Loan # | |
|---|---|
| Borrower | Damon King |
| BK Case # | 15-04981 |
| Date Filed | 12/9/2015 |
| First Post Petition Due Date | 1/1/2016 |
| POC Covers | |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | APO entered 4/20/16 iao $3,923.84 to be added to the plan, and Resume mnthly pmnt 5/2016. | | | | | $0.00 | | | $0.00 | $0.00 | |
| 5/26/2016 | $300.00 | suspense | | | $300.00 | $300.00 | | $300.00 | | | $0.00 | $0.00 | |
| 6/9/2016 | $424.46 | 5/1/2016 | 3/1/2015 | $711.88 | -$287.42 | | $287.42 | $12.58 | | | $0.00 | $0.00 | |
| 6/9/2016 | | trustee arrears | | | $0.00 | | | $12.58 | $154.00 | | $154.00 | $154.00 | |
| 6/16/2016 | | trustee arrears | | | $0.00 | | | $12.58 | $165.78 | | $319.78 | $319.78 | |
| 7/7/2016 | $324.46 | suspense | | | $324.46 | $324.16 | | $336.74 | | | $319.78 | $319.78 | |
| 8/4/2016 | $300.00 | suspense | | | $300.00 | $300.00 | | $636.74 | | | $319.78 | $319.78 | |
| 8/10/2016 | $200.00 | 6/1/2016 | 4/1/2015 | $711.88 | -$511.88 | | $511.88 | $124.86 | | | $319.78 | $319.78 | |
| 8/25/2016 | | trustee arrears | | | $0.00 | | | $124.86 | $365.11 | | $684.89 | $684.89 | |
| 9/1/2016 | $200.00 | suspense | | | $200.00 | $200.00 | | $324.86 | | | $684.89 | $684.89 | |
| 9/22/2016 | | trustee arrears | | | $0.00 | | | $324.86 | $189.85 | | $874.74 | $874.74 | |
| 9/29/2016 | $200.00 | suspense | | | $200.00 | $200.00 | | $524.86 | | | $874.74 | $874.74 | |
| 9/30/2016 | | pre applied | 5/1/2015 | | $0.00 | | | $524.86 | | $339.37 | $535.37 | $874.74 | |
| 11/7/2016 | | trustee arrears | | | $0.00 | | | $524.86 | $194.33 | | $729.70 | $1,069.07 | |
| 11/10/2016 | $300.00 | suspense | | | $300.00 | $300.00 | | $824.86 | | | $729.70 | $1,069.07 | |
| 11/17/2016 | | trustee arrears | | | $0.00 | | | $824.86 | $199.25 | | $928.95 | $1,268.32 | |
| 12/13/2016 | $1,300.00 | 7/1/2016 | 6/1/2015 | | $1,300.00 | | $711.88 | $112.98 | | | $928.95 | $1,268.32 | |
| 2/1/2017 | | trustee arrears | | | $0.00 | | | $112.98 | $327.20 | | $1,256.15 | $1,595.52 | |
| 2/1/2017 | | pre applied | 7/1/2015 | | $0.00 | | | $112.98 | | $399.79 | $856.36 | $1,595.52 | |
| 2/1/2017 | | pre applied | 8/1/2015 | | $0.00 | | | $112.98 | | $399.79 | $456.57 | $1,595.52 | |
| 3/9/2017 | | trustee arrears | | | $0.00 | | | $112.98 | $167.92 | | $624.49 | $1,763.44 | |
| 3/10/2017 | $3,197.41 | 8/1/2016 | 9/1/2015 | $711.88 | $2,485.53 | $2,485.53 | | $2,598.51 | | | $624.49 | $1,763.44 | |
| 3/10/2017 | | 9/1/2016 | 10/1/2015 | $723.52 | -$723.52 | | $723.52 | $1,874.99 | | | $624.49 | $1,763.44 | |
| 3/10/2017 | | 10/1/2016 | 11/1/2015 | $723.52 | -$723.52 | | $723.52 | $1,151.47 | | | $624.49 | $1,763.44 | |
| 3/10/2017 | | 11/1/2016 | 12/1/2015 | $723.52 | -$723.52 | | $723.52 | $427.95 | | | $624.49 | $1,763.44 | |
| 3/31/2017 | $723.52 | suspense | | | $723.52 | $723.52 | | $1,151.47 | | | $624.49 | $1,763.44 | |
| 4/20/2017 | | trustee arrears | | | $0.00 | | | $1,151.47 | $537.65 | | $1,162.14 | $2,301.09 | |
| 5/12/2017 | $724.46 | suspense | | | $724.46 | $724.46 | | $1,875.93 | | | $1,162.14 | $2,301.09 | |
| 5/19/2017 | $500.00 | suspense | | | $500.00 | $500.00 | | $2,375.93 | | | $1,162.14 | $2,301.09 | |
| 7/20/2017 | | trustee arrears | | | $0.00 | | | $2,375.93 | $271.95 | | $1,434.09 | $2,573.04 | |
| 7/31/2017 | | trustee arrears | | | $0.00 | | | $2,375.93 | $272.93 | | $1,707.02 | $2,845.97 | |
| 8/2/2017 | | 12/1/2016 | 1/1/2016 | $723.52 | -$723.52 | | $723.52 | $1,652.41 | | | $1,707.02 | $2,845.97 | |
| 8/2/2017 | | 1/1/2017 | 2/1/2016 | $723.52 | -$723.52 | | $723.52 | $928.89 | | | $1,707.02 | $2,845.97 | |
| 8/2/2017 | | 2/1/2017 | 3/1/2016 | $723.52 | -$723.52 | | $723.52 | $205.37 | | | $1,707.02 | $2,845.97 | |
| 8/28/2017 | | trustee arrears | | | $0.00 | | | $205.37 | $242.59 | | $1,949.61 | $3,088.56 | |
| 8/30/2017 | $840.00 | 3/1/2017 | 4/1/2016 | $723.52 | $116.48 | $116.48 | | $321.85 | | | $1,949.61 | $3,088.56 | |
| 9/5/2017 | $300.00 | suspense | | | $300.00 | $300.00 | | $621.85 | | | $1,949.61 | $3,088.56 | |
| 10/5/2017 | | trustee arrears | | | $0.00 | | | $621.85 | $243.21 | | $2,192.82 | $3,331.77 | |
| 10/26/2017 | | trustee arrears | | | $0.00 | | | $621.85 | $243.67 | | $2,436.49 | $3,575.44 | |
| 10/30/2017 | $670.00 | 4/1/2017 | 5/1/2016 | $723.52 | -$53.52 | | $53.52 | $568.33 | | | $2,436.49 | $3,575.44 | |
| 11/7/2017 | | pre applied | 6/1/2016 | | $0.00 | | | $568.33 | | $711.88 | $1,724.61 | $3,575.44 | |
| 11/22/2017 | | trustee arrears | | | $0.00 | | | $568.33 | $244.02 | | $1,968.63 | $3,819.46 | |
| 11/29/2017 | $400.00 | suspense | | | $400.00 | $400.00 | | $968.33 | | | $1,968.63 | $3,819.46 | |
| 12/26/2017 | $200.00 | suspense | | | $200.00 | $200.00 | | $1,168.33 | | | $1,968.63 | $3,819.46 | |
| 12/29/2017 | | trustee arrears | | | $0.00 | | | $1,168.33 | $244.28 | | $2,212.91 | $4,063.74 | |
| 1/11/2018 | | pre applied | 7/1/2016 | | $0.00 | | | $1,168.33 | | $711.88 | $1,501.03 | $4,063.74 | |
| 1/24/2018 | | trustee arrears | | | $0.00 | | | $1,168.33 | $505.83 | | $2,006.86 | $4,569.57 | |
| 1/24/2018 | | pre applied | 8/1/2016 | | $0.00 | | | $1,168.33 | | $711.88 | $1,294.98 | $4,569.57 | |
| 1/24/2018 | | 5/1/2017 | 9/1/2016 | $723.52 | -$723.52 | | $723.52 | $444.81 | | | $1,294.98 | $4,569.57 | |
| 3/13/2018 | $1,000.00 | 6/1/2017 | 10/1/2016 | $608.46 | $391.54 | $391.54 | | $836.35 | | | $1,294.98 | $4,569.57 | |
| 3/29/2013 | | trustee arrears | | | $0.00 | | | $836.35 | $244.46 | | $1,539.44 | $4,814.03 | |
| 4/30/2018 | $300.00 | suspense | | | $300.00 | $300.00 | | $1,136.35 | | | $1,539.44 | $4,814.03 | |
| 5/10/2018 | | trustee arrears | | | $0.00 | | | $1,136.35 | $244.67 | | $1,784.11 | $5,058.70 | |
| 5/10/2018 | | pre applied | 11/1/2016 | | $0.00 | | | $1,136.35 | | $723.52 | $1,060.59 | $5,058.70 | |

Case 15-04981-TOM13    Doc    Filed 10/01/20    Entered 10/01/20 17:00:32    Desc Main
Document    Page 3 of 5

| Date | Amount | Type | Date2 | Payment | Col1 | Col2 | Col3 | Amount2 | Col4 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/30/2018 | $350.00 | suspense | | | $350.00 | $350.00 | | $1,486.35 | | $5,058.70 |
| 6/27/2018 | | trustee arrears | | | $0.00 | | | $1,486.35 | $533.84 | $5,592.54 |
| 8/2/2018 | | trustee arrears | | | $0.00 | | | $1,486.35 | $244.66 | $5,837.20 |
| 8/27/2018 | | trustee arrears | | | $0.00 | | | $1,486.35 | $244.67 | $6,081.87 |
| 9/6/2018 | $300.00 | suspense | | | $300.00 | $300.00 | | $1,786.35 | | $6,081.87 |
| 9/6/2018 | | 7/1/2017 | 12/1/2016 | $608.46 | -$608.46 | | $608.46 | $1,177.89 | | $6,081.87 |
| 9/6/2018 | | pre applied | 1/1/2017 | | $0.00 | | | $1,177.89 | $723.52 | $6,081.87 |
| 9/6/2018 | | 8/1/2017 | | | $0.00 | | $608.46 | $569.43 | | $6,081.87 |
| 10/11/2018 | $400.00 | 9/1/2017 | 2/1/2017 | $608.46 | -$208.46 | | $208.46 | $360.97 | | $6,081.87 |
| 10/25/2018 | | trustee arrears | | | $0.00 | | | $360.97 | $253.88 | $6,335.75 |
| 11/6/2018 | $4,208.88 | 10/1/2017 | 3/1/2017 | $608.46 | $3,600.42 | $3,600.42 | | $3,961.39 | | $6,335.75 |
| 11/6/2018 | | 11/1/2017 | 4/1/2017 | $608.46 | -$608.46 | | $608.46 | $3,352.93 | | $6,335.75 |
| 11/6/2018 | | 12/1/2017 | 5/1/2017 | $608.46 | -$608.46 | | $608.46 | $2,744.47 | | $6,335.75 |
| 11/6/2018 | | 1/1/2018 | 6/1/2017 | $608.46 | -$608.46 | | $608.46 | $2,136.01 | | $6,335.75 |
| 11/6/2018 | | 2/1/2018 | 7/1/2017 | $608.46 | -$608.46 | | $608.46 | $1,527.55 | | $6,335.75 |
| 11/6/2018 | | 3/1/2018 | 8/1/2017 | $608.46 | -$608.46 | | $608.46 | $919.09 | | $6,335.75 |
| 11/6/2018 | | 4/1/2018 | 9/1/2017 | $608.46 | -$608.46 | | $608.46 | $310.63 | | $6,335.75 |
| 11/26/2018 | $255.79 | | | | $255.79 | $255.79 | | $566.42 | | $6,335.75 |
| 11/28/2018 | $608.46 | | | | $608.46 | $608.49 | | $1,174.91 | | $6,335.75 |
| | | 5/1/2018 | 10/1/2017 | | $0.00 | | $608.46 | $566.45 | | $6,335.75 |
| 12/7/2018 | $3,000.00 | 6/1/2018 | 11/1/2017 | $608.46 | $2,391.54 | $2,391.54 | | $2,957.99 | | $6,335.75 |
| | | 7/1/2018 | 12/1/2017 | $608.46 | -$608.46 | | $608.49 | $2,349.50 | | $6,335.75 |
| | | 8/1/2018 | 1/1/2018 | $608.46 | -$608.46 | | $608.49 | $1,741.01 | | $6,335.75 |
| | | 9/1/2018 | 2/1/2018 | $608.46 | -$608.46 | | $608.49 | $1,132.52 | | $6,335.75 |
| 1/8/2019 | $995.00 | 10/1/2018 | | $608.46 | $386.54 | $386.54 | | $1,519.06 | | $6,335.75 |
| 12/20/2018 | $608.46 | 10/1/2018 | | $608.46 | $0.00 | | $608.49 | $910.57 | | $6,521.75 |
| 1/9/2019 | | trustee arrears | | | $0.00 | | | $910.57 | $186.00 | $6,521.75 |
| 1/11/2019 | $608.46 | 11/1/2018 | 3/1/2018 | $608.46 | $0.00 | | | $910.57 | | $6,521.75 |
| 2/6/2019 | | trustee arrears | | | $0.00 | | | $910.57 | $255.79 | $6,777.54 |
| 2/7/2019 | $609.00 | 12/1/2018 | | $608.46 | $0.54 | | | $910.57 | | $6,777.54 |
| 3/13/2019 | | trustee arrears | | | $0.00 | | | $910.57 | $511.58 | $7,289.12 |
| 3/15/2019 | $609.00 | 1/1/2019 | 4/1/2018 | $608.46 | $0.54 | $0.54 | | $911.11 | | $7,289.12 |
| 4/11/2019 | | trustee arrears | | | $0.00 | | | $911.11 | $3,762.71 | $11,051.83 |
| 4/17/2019 | $609.00 | 2/1/2019 | 5/1/18-9/1/18 | $608.46 | $0.54 | $0.54 | | $911.65 | $3,042.23 | $11,051.83 |
| 6/3/2019 | $609.00 | 3/1/2019 | | $608.46 | $0.54 | $0.54 | | $912.19 | | $11,051.83 |
| 7/15/2019 | $500.00 | 4/1/2019 | 10/1/2018 | $608.46 | -$108.46 | | $108.46 | $803.73 | | $11,051.83 |
| 7/15/2019 | | trustee arrears | | $608.46 | -$608.46 | | | $803.73 | $1,058.43 | $12,110.26 |
| 7/24/2019 | $110.00 | 4/1/2019 | | $608.46 | $110.00 | $110.00 | | $913.73 | | $12,110.26 |
| 7/31/2019 | $609.00 | 5/1/2019 | 11/1/18-12/1/18 | $608.46 | $0.54 | $0.54 | | $914.27 | $1,216.92 | $12,110.26 |
| 8/19/2019 | $609.00 | 6/1/2019 | 1/1/2019 | $608.46 | $0.54 | $0.54 | | $914.81 | $608.46 | $12,110.26 |
| 9/19/2019 | $609.00 | 7/1/2019 | 2/1/2019 | $608.46 | $0.54 | $0.54 | | $915.35 | $608.46 | $12,110.26 |
| 10/17/2019 | $609.00 | 8/1/2019 | 3/1/2019 | $608.46 | $0.54 | $0.54 | | $915.89 | $1,216.92 | $12,110.26 |
| 11/12/2019 | $608.42 | 9/1/2019 | 4/1/2019 | $608.46 | -$0.04 | | $0.04 | $915.85 | | $12,110.26 |
| 12/23/2019 | $608.42 | 10/1/2019 | 5/1/2019 | $608.46 | -$0.04 | | $0.04 | $915.81 | | $12,110.26 |
| 1/9/2020 | $609.00 | 11/1/2019 | 6/1/2019 | $608.46 | $0.54 | | $0.04 | $915.77 | | $12,110.26 |
| | | 12/1/2019 | 7/1/2019 | | $0.00 | | $654.88 | $260.89 | | $12,110.26 |
| 2/28/2020 | $609.00 | 1/1/2020 | 8/1/2019 | $654.88 | -$45.88 | | $45.88 | $215.01 | | $12,110.26 |
| 3/31/2020 | $609.00 | 2/1/2020 | 9/1/2019 | $654.88 | -$45.88 | | $45.88 | $169.13 | | $12,110.26 |
| 4/22/2020 | $609.00 | 3/1/2020 | 10/1/2019 | $654.88 | -$45.88 | | $45.88 | $123.25 | | $12,110.26 |
| 5/21/2020 | $609.00 | 4/1/2020 | | $654.88 | -$45.88 | | $45.88 | $77.37 | | $12,110.26 |
| 6/22/2020 | $609.00 | 5/1/2020 | | $654.88 | -$45.88 | | $45.88 | $31.49 | | $12,110.26 |
| 7/22/2020 | $609.00 | | | | $609.00 | $609.00 | | $640.49 | | $12,110.26 |
| 8/17/2020 | $610.00 | 6/1/2020 | | $654.88 | -$44.88 | | $44.88 | $595.61 | | $12,110.26 |
| 9/10/2020 | $609.00 | 7/1/2020 | | $654.88 | -$45.88 | | $45.88 | $549.73 | | $12,110.26 |
| | | 8/1/2020 | | $654.88 | -$654.88 | | | $549.73 | | $12,110.26 |
| | | 9/1/2020 | | $654.88 | -$654.88 | | | $549.73 | | $12,110.26 |
| | | | | | $0.00 | | | $549.73 | | $12,110.26 |
| | | | | | $0.00 | | | $549.73 | | $12,110.26 |
| | | | | | $0.00 | | | $549.73 | | $12,110.26 |
| | | | | | $0.00 | | | $549.73 | | $12,110.26 |
| | | | | | $0.00 | | | $549.73 | | $12,110.26 |

Case 15-04981-TOM13    Doc    Filed 10/01/20    Entered 10/01/20 17:00:32    Desc Main
Document    Page 4 of 5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail:**
Damon A. King
2516 Circle Dr
Bessemer, AL 35023-3247


**Via CM/ECF electronic service:**
Michael D. Brock
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848


Dated: October 1, 2020


        Respectfully submitted,

        /s/ Mark A. Baker
        Mark A. Baker, ASB 2459-E57M
        MCMICHAEL TAYLOR GRAY, LLC
        3550 Engineering Drive, Suite 260
        Peachtree Corners, GA 30092
        Telephone: (404) 474-7149
        Facsimile: (404) 745-8121
        E-mail: mbaker@mtglaw.com